JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 09-0002 MAG |
|                 Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JANUARY 13, 2009, TO FEBRUARY 10, 2009 |
|         v. ) | |
| PETE ALLEN STEELE, ) | |
|                 Defendant. ) | |

On January 13, 2009, the parties in this case appeared before the Honorable Elizabeth D. Laporte for an initial appearance and arraignment.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from January 13, 2009 to February 10, 2009, for effective preparation of defense counsel.  The parties represented that granting the exclusion was reasonable given the time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties

//

//

STIPULATION AND [~~PROPOSED~~] ORDER
CR. 09-0002 MAG

1  //

2  also agreed that the ends of justice served by granting such a continuance outweighed the best
3  interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED:

6                                      JOSEPH P. RUSSONIELLO
                                    United States Attorney

8  DATED: 2/10/09                        /s/
                                    WENDY THOMAS
9                                      Special Assistant United States Attorney

10  DATED: 2/10/09                        /s/
11                                      LOREN STEWART
                                    Attorney for Mr. Steele

13      As the Court found on January 13, 2009, and for the reasons stated above, the Court finds
14  that an exclusion of time between January 13, 2009 and February 10, 2009, is warranted and that
15  the ends of justice served by the continuance outweigh the best interests of the public and the
16  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).  The failure to grant the requested
17  continuance would deny defense counsel the reasonable time necessary for effective preparation,
18  taking into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(B)(iv).

20  IT IS SO ORDERED.
21  DATED: March 12, 2009
22                                      ELIZABETH D. LAPORTE
                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR. 09-0002 MAG