JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>   v. )<br>PETE ALLEN STEELE, )<br>)<br>    Defendant. )<br>_____) | CR No.: 09-0002 MAG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>MARCH 10, 2009, TO APRIL 7, 2009 |

    On March 10, 2009, the parties in this case appeared before the Honorable Elizabeth D. Laporte for a status appearance.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculation from March 10, 2009 to April 7, 2009, for effective preparation of defense counsel.  The parties represented that granting the exclusion was reasonable given the time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties

//

//

//

STIPULATION AND [~~PROPOSED~~] ORDER
CR. 09-0002 MAG

1 | also agreed that the ends of justice served by granting such a continuance outweighed the best
2 | interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
3 |
4 | SO STIPULATED:
5 |                                           JOSEPH P. RUSSONIELLO
6 |                                           United States Attorney
7 | DATED: 3/10/09                                  /s/
8 |                                           WENDY THOMAS
  |                                           Special Assistant United States Attorney
9 |
10 | DATED: 3/10/09                                  /s/
   |                                          LOREN STEWART
   |                                          Attorney for Mr. Steele
11 |
12 |    As the Court found on March 10, 2009, and for the reasons stated above, the Court finds that
13 | an exclusion of time between March 10, 2009, to April 7, 2009, is warranted and that the ends of
14 | justice served by the continuance outweigh the best interests of the public and the defendant in a
15 | speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).  The failure to grant the requested continuance
16 | would deny defense counsel the reasonable time necessary for effective preparation, taking into
17 | account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(B)(iv).
18 |
19 | IT IS SO ORDERED.
20 | DATED:  March 12, 2009
21 |                                          ELIZABETH D. LAPORTE
                                              United States

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION AND [~~PROPOSED~~] ORDER
CR. 09-0002 MAG